# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00747-CV

**Maxwell Ford, Ltd., d/b/a Maxwell Ford, Appellant**

**v.**

**Lisa L. Sayer, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. 275507, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Maxwell Ford, Ltd., d/b/a Maxwell Ford and appellee Lisa L. Sayer have filed a joint motion to dismiss this appeal.  We grant the motion, set aside the trial court's judgment  without regard to the merits, and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.  Tex. R. App. P. 42.1(a)(2)(B).

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on Joint Motion

Filed:   January 6, 2006